

FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0325

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0325

_____

LANCE GERALD DEINES,

      Petitioner,

    v.

LYNN GUYER, WARDEN,
MONTANA STATE PRISON,

      Respondent.

ORDER

_____

     Through counsel, Lance Gerald Deines has filed a petition for a writ of habeas corpus. Upon review of his petition, we deem it appropriate to require a response. M. R. App. P. 14(7)(a). Therefore,

     IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with appropriate documentary exhibits.

     The Clerk of the Supreme Court is directed to provide a copy of this Order to all counsel of record.

     DATED this 7th day of July, 2020.

                                     _____
                                            Justice